Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
EMILIA RAZO CASTILLO

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| EMILIA RAZO CASTILLO,<br><br>    Plaintiff,<br><br>v.<br><br>RESURGENCE FINANCIAL, LLC, an Illinois limited liability company, JORDAN DAVID COOK, individually and in his official capacity, and NATHAN ANDREW SEARLES, individually and in his official capacity,<br><br>    Defendants. | Case No. C07-05928-RMW-PVT<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

**COMES NOW** the Plaintiff, EMILIA RAZO CASTILLO, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 18th day of March, 2008, a true and accurate copy of the Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and a copy of this notice were deposited in the United States mail, postage prepaid, addressed to the following:

> Tomio B. Narita
> Simmonds & Narita, LLP
> 44 Montgomery Street, Suite 3010
> San Francisco, CA 94104-4816
>     Attorney for Defendant

Dated: March 18, 2008                     By: /s/ Fred W. Schwinn
                                                          Fred W. Schwinn, Esq.
                                                          Attorney for Plaintiff
                                                          EMILIA RAZO CASTILLO