1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendants
   Resurgence Financial, LLC, Jordan David Cook and
7  Nathan Andrew Searles

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  EMILIA RAZO CASTILLO,           )   CASE NO.: C07 05928 PVT (RMW)
13                                  )
                                    )
14           Plaintiff,             )   [PROPOSED] ORDER
                                    )   GRANTING DEFENDANTS'
15       vs.                        )   REQUEST FOR TELEPHONIC
                                    )   APPEARANCE AT CASE
16                                  )   MANAGEMENT CONFERENCE
                                    )
17  RESURGENCE FINANCIAL, LLC,      )   Date:  March 28, 2008
    an Illinois Limited Liability   )   Time:  9:00 a.m.
18  Corporation, JORDAN DAVID       )   Ctrm.: 5, 4th Floor
    COOK, individually and in his   )
19  official capacity, and NATHAN   )
    ANDREW SEARLES, individually    )   Honorable Patricia V. Trumbull
20  and in his official capacity,   )
                                    )
21           Defendants.            )
                                    )
22
23
24
25
26
27
28

---

CASTILLO V. RESURGENCE FINANCIAL, LLC ET AL. (CASE NO. C07 05298 PVT (RMW))
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE

Because their counsel resides in San Francisco, defendants RESURGENCE FINANCIAL, LLC, JORDAN DAVID COOK and NATHAN ANDREW SEARLES (collectively, "Defendants") request permission to appear telephonically at the Case Management Conference scheduled for March 28, 2008 at 9:00 a.m. in courtroom 5 of this Court, 4th Floor, 280 South First Street, San Jose, California 95113. Good cause having been shown,

IT IS HEREBY ORDERED that Defendants' request for permission to appear telephonically at the Case Management Conference is granted. Defendants' counsel shall remain available by telephone until released by the Court.

IT IS SO ORDERED.

DATED: 3/25, 2008

*Patricia V. Trumbull*
Hon. Patricia V. Trumbull
U.S. Magistrate Judge
United States District Court,
Northen District of California