UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: March 28, 2008

Case No. C-07-05928 RMW          JUDGE: Patricia V. Trumbull

EMILIA RAZO CASTILLO  -v- RESURGENCE FINANCIAL LLC, ET AL.,
Title

F. Schwin                   Tomio Narita (by telephone)
Attorneys Present        Attorneys Present

COURT CLERK: Jackie Garcia          COURT REPORTER:  FTR

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Case Management Conference Held.  The Court set the following schedule: Jury Trial set for 3/23/09 at 1:30 p.m.; Pretrial Conference set for 3/5/09 at 2:00 p.m.; Dispositive Motions Hearing set for 2/6/09; Discovery cutoff 11/14/08; Disclosures 12/15/08.  Parties are referred to Magistrate Howard R. Lloyd for Settlement Conference to be held before May 30, 2008.  Plaintiff has by 5/30/08 to amend pleadings without leave of the court.