1  MICHAEL R. SIMMONDS (SBN 96238)
   TOMIO B. NARITA (SBN 156576)
2  ROBIN M. BOWEN (SBN 230309)
   SIMMONDS & NARITA LLP
3  44 Montgomery Street, Suite 3010
   San Francisco, CA 94104-4816
4  Telephone: (415) 283-1000
   Facsimile:   (415) 352-2625
5  msimmonds@snllp.com
   tnarita@snllp.com
6  rbowen@snllp.com

7  Attorneys for Defendants
   Resurgence Financial, LLC, Jordan David Cook and
8  Nathan Andrew Searles

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13 | EMILIA RAZO CASTILLO,              )  CASE NO.: C07 05928 PVT (RMW)
                                         )
14 |                                     )
                                         )
15 |         Plaintiff,                  )  **NOTICE OF APPEARANCE OF**
                                         )  **COUNSEL**
16 |    vs.                              )
                                         )
17 |                                     )
                                         )
18 | RESURGENCE FINANCIAL, LLC,          )
     an Illinois Limited Liability       )
19 | Corporation, JORDAN DAVID           )
     COOK, individually and in his official )
20 | capacity, and NATHAN ANDREW         )
     SEARLES, individually and in his    )
21 | official capacity,                  )
                                         )
22 |         Defendants.                 )
     _____    )

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Michael R. Simmonds, Esq. of the law firm Simmonds & Narita LLP hereby notes his appearance as counsel for defendants Resurgence Financial, LLC, Jordan David Cook, and Nathan Andrew Searles in this matter.

DATED: May 9, 2008    SIMMONDS & NARITA, LLP
MICHAEL R. SIMMONDS
TOMIO B. NARITA
ROBIN M. BOWEN


By:  /s/ Michael R. Simmonds
     Michael R. Simmonds
     Resurgence Financial, LLC, Jordan David Cook
     and Nathan Andrew Searles