1  MICHAEL R. SIMMONDS (SBN 96238)
   TOMIO B. NARITA (SBN 156576)
2  ROBIN M. BOWEN (SBN 230309)
   SIMMONDS & NARITA LLP
3  44 Montgomery Street, Suite 3010
   San Francisco, CA 94104-4816
4  Telephone: (415) 283-1000
   Facsimile:  (415) 352-2625
5  msimmonds@snllp.com
   tnarita@snllp.com
6  rbowen@snllp.com

7  Attorneys for Defendants
   Resurgence Financial, LLC, Jordan David Cook and
8  Nathan Andrew Searles

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

| | |
|---|---|
| EMILIA RAZO CASTILLO, | CASE NO.: C07 05928 PVT (RMW) |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| RESURGENCE FINANCIAL, LLC, an Illinois Limited Liability Corporation, JORDAN DAVID COOK, individually and in his official capacity, and NATHAN ANDREW SEARLES, individually and in his official capacity, | |
| Defendants. | |

1  TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Robin M. Bowen, Esq. of the law firm Simmonds
3  & Narita LLP hereby notes her appearance as counsel for defendants Resurgence
4  Financial, LLC, Jordan David Cook, and Nathan Andrew Searles in this matter.

6  DATED: May 9, 2008        SIMMONDS & NARITA, LLP
                              MICHAEL R. SIMMONDS
7                             TOMIO B. NARITA
                              ROBIN M. BOWEN

                              By: /s/ Robin M. Bowen
10                                Robin M. Bowen
                                  Resurgence Financial, LLC, Jordan David Cook
11                                and Nathan Andrew Searles