1  MICHAEL R. SIMMONDS (SBN 96238)
   TOMIO B. NARITA (SBN 156576)
2  ROBIN M. BOWEN (SBN 230309)
   SIMMONDS & NARITA LLP
3  44 Montgomery Street, Suite 3010
   San Francisco, CA 94104-4816
4  Telephone: (415) 283-1000
   Facsimile:  (415) 352-2625
5  msimmonds@snllp.com
   tnarita@snllp.com
6  rbowen@snllp.com

7  Attorneys for Defendants
   Resurgence Financial, LLC, Jordan David Cook and
8  Nathan Andrew Searles

9  FRED W. SCHWINN (SBN 225575)
   CONSUMER LAW CENTER, INC.
10 12 South First Street, Suite 1014
   San Jose, CA 95443-2403
11 Telephone:  (408) 294-6100
   Facsimile:  (408) 294-6190
12 fred.schwinn@sjconsumerlaw.com

13 Attorneys for Plaintiff
   Emilia Razo Castillo

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18  EMILIA RAZO CASTILLO,            )  CASE NO.: C07 05928 PVT (RMW)
                                     )
19                                   )
                                     )
20            Plaintiff,             )  **STIPULATION TO EXTEND
                                     )  DEADLINE FOR SETTLEMENT
21      vs.                          )  CONFERENCE; [PROPOSED]
                                     )  ORDER**
22                                   )
                                     )
23  RESURGENCE FINANCIAL, LLC,       )
    an Illinois Limited Liability    )
24  Corporation, JORDAN DAVID        )
    COOK, individually and in his    )
25  official capacity, and NATHAN    )
    ANDREW SEARLES, individually     )
26  and in his official capacity,    )
                                     )
27            Defendants.            )
   _____    )
28

1    WHEREAS, on March 28, 2008, this Court ordered the parties to engage in a Settlement Conference with Magistrate Judge Howard R. Lloyd prior to May 30, 2008; and

WHEREAS, the parties have met and conferred and have been unable to schedule a Settlement Conference before that date; and

WHEREAS, Magistrate Judge Lloyd is available for a settlement conference only one day prior to the deadline and counsel for Plaintiff is unavailable that day;

WHEREAS, the parties have scheduled a Settlement Conference with Magistrate Judge Lloyd on June 12, 2008;

NOW THEREFORE, good cause appearing, the parties respectfully request that this Court amend its Order of March 28, 2008 to extend the deadline for the parties to engage in a Settlement Conference to June 13, 2008.

DATED: May 9, 2008

SIMMONDS & NARITA LLP
MICHAEL R. SIMMONDS
TOMIO B. NARITA
ROBIN M. BOWEN

By:  /s/Michael R. Simmonds
Michael R. Simmonds
Attorneys for Defendants
Resurgence Financial LLC, Jordan David Cook and Nathan Andrew Searles

DATED: May 9, 2008

CONSUMER LAW CENTER, INC.
FRED W. SCHWINN

By:  /s/Fred W. Schwinn
Fred W. Schwinn
Attorneys for Plaintiff
Emilia Razo Castillo

**ATTESTATION**

I, Michael R. Simmonds, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order. In compliance with General Order No. 45 X.B., I hereby attest that Fred W. Schwinn, counsel for plaintiff Emilia Razo Castillo, has concurred in this filing.

By:    /s/ Michael R. Simmonds
        Michael R. Simmonds

[PROPOSED] **ORDER**

IT IS HEREBY ORDERED that the deadline for the parties to engage in a settlement conference, as ordered by this Court on March 28, 2008, is hereby extended to June 13, 2008. The remainder of this Court's March 28, 2008 Order shall remain in effect.

**IT IS SO ORDERED.**

DATED: _____, 2008        HONORABLE PATRICIA V. TRUMBULL