1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   EMILIA RAZO CASTILLO

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| EMILIA RAZO CASTILLO,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENCE FINANCIAL, LLC, an Illinois limited liability company, JORDAN DAVID COOK, individually and in his official capacity, and NATHAN ANDREW SEARLES, individually and in his official capacity,<br><br>Defendants. | Case No. C07-05928-RMW-PVT<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Plaintiff, EMILIA RAZO CASTILLO, and Defendants, RESURGENCE FINANCIAL, LLC, JORDAN DAVID COOK and NATHAN ANDREW SEARLES, hereby stipulate and agree that the claims asserted in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). All parties to bear their own costs and attorneys fees.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-
STIPULATION OF DISMISSAL                                      Case No. C07-05928-RMW-PVT

-2-

| | | |
|---|---|---|
| 1 | Dated: May 10, 2008 | /s/ Fred W. Schwinn |
| 2 | | Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>EMILIA RAZO CASTILLO |
| 3 | | |
| 4 | Dated: May 10, 2008 | /s/ Tomio B. Narita |
| 5 | | Tomio B. Narita, Esq.<br>Attorney for Defendants<br>RESURGENCE FINANCIAL, LLC,<br>JORDAN DAVID COOK, and<br>NATHAN ANDREW SEARLES |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____

_____
The Honorable Ronald M. Whyte
Judge of the District Court